AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cr-19 |
| Abdul Wahab Khan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                          .

Date:    01/14/2025

/s/ Philip Alito
*Attorney's signature*

Philip Alito
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

philip.alito@usdoj.gov
*E-mail address*

(703) 299-3800
*Telephone number*

*FAX number*